**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

FELIPE EMETERIO COXAJ-TIPAN  :
                             :
            Petitioner,       :    3:26-cv-1817
                             :    (JUDGE MARIANI)
    v.                        :
                             :
CRAIG LOWE, WARDEN,           :
PIKE COUNTY CORRECTIONAL      :
FACILITY, *et al.*,           :
                             :
            Respondents.      :

## ORDER

**AND NOW, THIS** ____8⁴ʰ____ **DAY OF JULY 2026**, upon consideration of Petitioner

Felipe Emeterio Coxaj-Tipan's counseled petition for writ of habeas corpus pursuant to 28

U.S.C. § 2241 (Doc. 1), Respondents' response (Doc. 4), Petitioner's traverse (Doc. 5), and

for the reasons set forth in the accompanying memorandum opinion, **IT IS HEREBY**

**ORDERED THAT**:

1. Petitioner's habeas petition is **GRANTED**.

2. Respondents **SHALL IMMEDIATELY RELEASE** Petitioner Felipe Emeterio

   Coxaj-Tipan from the custody of the Warden of the Pike County Correctional Facility,

   who has immediate physical custody of Petitioner.

3. Respondents **SHALL CERTIFY COMPLIANCE** with the Court's Order by filing a

   declaration or affidavit pursuant to 28 U.S.C. § 1746 **no later than Monday July 13,**

**2026, at 5:00 P.M.** confirming that Petitioner Felipe Emeterio Coxaj-Tipan has been released from custody.

4. Respondents are **PERMANENTLY ENJOINED** from detaining Petitioner Felipe Emeterio Coxaj-Tipan pursuant to 8 U.S.C. § 1225(b), absent a compelling change in circumstances.

5. If Respondents elect to later detain Petitioner under 8 U.S.C. § 1226(a), the Respondents must provide Petitioner with notice and an opportunity to be heard at a timely individualized bond hearing, where an Immigration Judge assesses whether he is a danger or flight risk.

6. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

Robert D. Mariani
United States District Judge